SCAN

ORIGINAL

ENTER

| ENTERED<br>CLERK, U.S. DISTRICT COURT<br><br>JUL 1 1 2005<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                DEPUTY | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>JUL 8 2005<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                DEPUTY |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| APPLIED INFORMATION SCIENCES CORP., a California corporation, | CASE NO. CV 04-0274 DT (MANx) |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| EBAY INC., a Delaware corporation, and DOES 1 through 10, | Hon. Dickran Tevrizian |
| Defendants. | |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

02517/665232.1

[PROPOSED] JUDGMENT

1    On June 27, 2005, Plaintiff's Motion for Summary Judgment and Defendant eBay Inc.'s Cross-Motion for Summary Judgment, Or, In The Alternative, for Partial Summary Judgment and/or Preclusion came on for noticed hearing before the Court, the Honorable Dickran Tevrizian, District Judge, presiding. Having considered the papers in support of and in opposition to the foregoing motions, and the argument of counsel, and the issues having been duly heard, the Court entered an Order on June 28, 2005 in which it granted Defendant eBay Inc.'s Cross-Motion for Summary Judgment, Or, In The Alternative, for Partial Summary Judgment and denied Plaintiff's Motion for Summary Judgment.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED:

That Judgment is entered in favor of defendant eBay Inc. and against plaintiff on each and every claim set forth in the Complaint, namely, for (1) Trademark Infringement (15 U.S.C. § 1051 *et seq.*) and (2) Unfair Business Practices (Cal. Bus. & Prof. Code § 17200 *et seq.*); and

That plaintiff take nothing by way of its Complaint, and the action is dismissed on the merits and in its entirety.

DATED: July 8, 2005

DICKRAN TEVRIZIAN

_____
The Honorable Dickran Tevrizian
United States District Judge

1  Respectfully submitted by:

2  QUINN EMANUEL URQUHART OLIVER &
3  HEDGES, LLP

4  By /s/ Michael T. Zeller
   Michael T. Zeller
5  Duane R. Lyons
   Patrick C. McGannon
6  Attorneys for Defendant
   eBay Inc.

SCANNED